UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FEDERICO JUAREZ, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-24 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## ORDER TO SHOW CAUSE

Plaintiff Federico Juarez, a Texas inmate confined at the C.T. Terrell Unit in Rosharon, Texas, has filed this *pro se habeas corpus* petition. In a Notice of Deficient Pleading issued on January 24, 2020, Plaintiff was notified that he must do one of the following within twenty days: (1) pay the $5.00 filing fee for *habeas corpus* actions; or (2) submit a completed application to proceed *in forma pauperis* (IFP) along with a certified copy of his inmate trust fund account statement. (D.E. 5). Plaintiff did submit his inmate trust fund account statement (D.E. 7), but has not complied with the order otherwise. Plaintiff was warned that failure to comply with the Notice of Deficient Pleading in a timely manner may result in his case being dismissed for want of prosecution. (D.E. 5).

To date, Plaintiff has failed to comply with the Notice of Deficient Pleading and submit the requested information. Accordingly, Plaintiff is ORDERED to show cause within TWENTY (20) days of the date of this order why his lawsuit should not be dismissed for want of prosecution. Failure to comply will result in dismissal of the

lawsuit. Fed. R. Civ. P. 41. Plaintiff may comply with this show cause order by paying the filing fee or filing an IFP application and a copy of his inmate trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint. If Plaintiff fails to comply with this order, this matter will be referred to the District Court with a recommendation to dismiss Plaintiff's cause of action. This is Plaintiff's final notice of deficiency.

ORDERED this 14th day of February, 2020.

Julie K. Hampton
United States Magistrate Judge